## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name  Bailey, Antione L.
      (Last)        (First)       (Initial)

Prisoner Number  CDCR # V-96661

Institutional Address  Cal. St. Prison (Sac.); P.O. Box 290066; Represa, CA

FILED FEB 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

==========================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Antione L. Bailey
(Enter the full name of plaintiff in this action.)

vs.

Wardens, CDCR; James Walker, Warden, Cal.
State Prison-Sacramento

(Enter the full name of respondent(s) or jailor in this action)

Case No.  CV 08  1149 MMC (PR)
(To be provided by the clerk of court)

PETITION FOR A WRIT OF HABEAS CORPUS

E-filing

==========================================================

Read Comments Carefully Before Filling In

### When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

   (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

   Alameda County Superior Court     Oakland, CA
   Court     Location

   (b) Case number, if known  H38410-A

   (c) Date and terms of sentence  Sept. 20, 2005-- 3 years to life

   (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes ✔  No ____

   Where?

   Name of Institution: Cal. State Prison-Sacramento

   Address: P.O. Box 290066; Represa, CA 95671

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

Kidnapping during carjacking (PC sec. 209.5); robbery (PC sec. 211); attempted robbery (PC secs. 211/664).

3. Did you have any of the following?

   Arraignment:          Yes ✔   No ____
   Preliminary Hearing:  Yes ✔   No ____
   Motion to Suppress:   Yes ____ No ✔

4. How did you plead?

   Guilty ____   Not Guilty ✔   Nolo Contendere ____

   Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

   Jury ✔   Judge alone ____   Judge alone on a transcript ____

6. Did you testify at your trial?   Yes ____   No ✔

7. Did you have an attorney at the following proceedings:

   (a) Arraignment              Yes ✔   No ____
   (b) Preliminary hearing      Yes ✔   No ____
   (c) Time of plea             Yes ✔   No ____
   (d) Trial                    Yes ✔   No ____
   (e) Sentencing               Yes ✔   No ____
   (f) Appeal                   Yes ✔   No ____
   (g) Other post-conviction proceeding   Yes ____   No ✔

8. Did you appeal your conviction?   Yes ✔   No ____

   (a) If you did, to what court(s) did you appeal?

       Court of Appeal           Yes ✔   No ____
       Year: 2007   Result: Affirmed (No. A111793)

       Supreme Court of California   Yes ✔   No ____
       Year: 2007   Result: Review denied (No. S152736)

       Any other court           Yes ____   No ✔
       Year: _____   Result: _____

   (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS          - 3 -

|     |     |                                                                                 |
|-----|-----|---------------------------------------------------------------------------------|
|     |     | petition?  Yes ✓  No ____                                                       |
|     | (c) | Was there an opinion?  Yes ✓  No ____                                           |
|     | (d) | Did you seek permission to file a late appeal under Rule 31(a)?                 |
|     |     | Yes ____  No ✓                                                                  |
|     |     | If you did, give the name of the court and the result:                          |
|     |     | _____                                  |
|     |     | _____                                  |

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?  Yes ____  No ✓

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

    (a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

          I.    Name of Court: _____

               Type of Proceeding: _____

               Grounds raised (Be brief but specific):

                    a. _____

                    b. _____

                    c. _____

                    d. _____

               Result: _____ Date of Result: _____

          II.   Name of Court: _____

               Type of Proceeding: _____

               Grounds raised (Be brief but specific):

```
 1                    a._____
 2                    b._____
 3                    c._____
 4                    d._____
 5              Result: _____ Date of Result:_____
 6        III.  Name of Court: _____
 7              Type of Proceeding: _____
 8              Grounds raised (Be brief but specific):
 9                    a._____
10                    b._____
11                    c._____
12                    d._____
13              Result: _____ Date of Result:_____
14        IV.   Name of Court: _____
15              Type of Proceeding: _____
16              Grounds raised (Be brief but specific):
17                    a._____
18                    b._____
19                    c._____
20                    d._____
21              Result: _____ Date of Result:_____
22  (b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?
23                                Yes _____   No_____
24        Name and location of court: _____
```

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS        - 5 -

1 need more space. Answer the same questions for each claim.

2 [Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: The court erred in denying the motion to dismiss a late life charge on grounds of vindictive pretrial charging, denying defendant due process of law.

Supporting Facts: The prosecutor directly penalized appellant with a new unfair life carjacking charge based on his assertion of his right to a preliminary hearing -- not just as a plea tactic; the DA knew this was not a life case and never charged the life crime of kidnapping for carjacking until late, despite full knowledge of the simple underlying investigation.

Claim Two: The court erred in refusing to instruct on the correct definition of asportation for life kidnapping, denying defendant due process and 6th Amend. rights to a jury determination.

Supporting Facts: Life kidnapping is supposed to require a "substantial" increase in risk from movement to distinguish it from simple kidnapping; but the court refused a requested instruction on this point.

Claim Three: CALJIC instruction 2.21.2 denied appellant due process by reducing the burden of proof for the credibility of prosecution witnesses to a probability of truth.

Supporting Facts: The credibility of critical prosecution witnesses is supposed to be proved beyond a reasonable doubt; but CALJIC No. 2.21.2 tells jurors to consider if impeached witnesses are "probably" telling the truth.

(***SEE ATTACHMENT FOR ADDITIONAL CLAIMS)

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

PET. FOR WRIT OF HAB. CORPUS          - 6 -

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

North Caroline v. Pearce (1969) 395 U.S. 711; U.S. v Garza (9th Cir. 1993) 992 F.2d 896;

In re Winship (1970) 397 U.S. 358; Solem v. Helm (1983) 463 U.S. 277.

_____

Do you have an attorney for this petition?            Yes____    No ✓

If you do, give the name and address of your attorney:

I received life, I understand very little law, and I need a federal attorney.

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on _____    _____

              Date                                             Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS            - 7 -

ATTACHMENT TO FEDERAL HABEAS PETITION (ANTIONE LAMAR BAILEY) - CLAIMS FOR RELIEF CONTINUED:

CLAIM FOUR: The prosecutor denied the defendant due process and a fair trial by denigrating defense counsel and accusing counsel of fabricating evidence.

SUPPORTING FACTS: The prosecutor repeatedly denigrated defense counsel, calling him names, accusing him of being a liar, and accusing him of fabricating evidence, which denied the defendant a fair trial.

CLAIM FIVE: The court unfairly and vindictively penalized defendant's right to a jury trial by denying a motion to dismiss an overcharged life offense to a lesser offense based on unfair consideration of defendant's decision to take the case to jury trial; this denied the defendant due process, fundamental fairness at sentencing, and, especially, his right to jury trial.

SUPPORTING FACTS: At sentencing, the court vindictively, repeatedly, and unfairly relied on defendant's exercise of the right to take the case to jury trial in denying a well supported motion to dismiss an overcharged life offense.

CLAIM SIX: A term of life plus three years for a marginal carjack-kidnapping was cruel and unusual punishment.

SUPPORTING FACTS: The defendant was subjected to a vindictive life kidnap-carjacking charge added late in the case solely to force a plea -- and to punish him for exercising his right to a preliminary hearing; imposing a life term for a 20 year old who wielded a pellet gun, fell asleep during the kidnapping, did not harm anyone, and had never even been to prison before was excessive and cruel under the circumstances. This is especially true where the young defendant ended up with life as an explicit penalty for exercising his rights to a preliminary hearing and trial, whereas his pleading codefendant received much less time.

```
EPORT ID: TS3030   .701                                          REPORT DATE: 01/30/08
                                                                 PAGE NO:           2
                         CALIF STATE PRISON SACRAMENTO
                         INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 30, 2008

CCT: V96661        ACCT NAME: BAILEY, ANTOINE              ACCT TYPE: I


                       * RESTITUTION ACCOUNT ACTIVITY

ATE SENTENCED: 09/20/05                        CASE NUMBER: H38410
OUNTY CODE: ALA                                FINE AMOUNT: $       200.00

   DATE      TRANS.    DESCRIPTION                    TRANS. AMT.      BALANCE
   ----      -----     -----------                    -----------      -------
  2/11/07    DR34      REST DED-EFT DEPOSIT                21.50-         0.00

        * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
        * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS       TRANSACTIONS
   BALANCE      DEPOSITS     WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED
  ---------    ---------    -------------   ---------    ---------    -------------
     0.00        307.60        207.60         100.00        0.00            0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                              100.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

```
REPORT ID: TS3030  .701                              REPORT DATE: 01/30/08
                                                     PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF STATE PRISON SACRAMENTO
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 30, 2008

ACCOUNT NUMBER  : V96661              BED/CELL NUMBER: FB3 1 000000150
ACCOUNT NAME    : BAILEY, ANTOINE     ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                           TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE  DESCRIPTION      COMMENT       CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
-------- ----  --------------  -----------    ---------    --------    -----------    -------

07/01/2007     BEGINNING BALANCE                                                        0.00

08/23*DD30  CASH DEPOSIT    MR4894/ROC                      11.25                      11.25
09/18 FC03  DRAW-FAC 3      700766CFAC                                  11.25           0.00
10/10*DD30  CASH DEPOSIT    MR5086/ROC                      22.50                      22.50
10/10*DD34  EFT DEPOSIT O   MR5087JPAY                      45.00                      67.50
10/16 FR01  CANTEEN RETUR   701036                                       0.20-         67.70
10/16 FC03  DRAW-FAC 3      CFAC701049                                  67.70           0.00
11/02 FR01  CANTEEN RETUR   701262                                       1.05-          1.05
12/11*DD34  EFT DEPOSIT O   MR4878JPAY                      22.50                      23.55
12/11*DD34  EFT DEPOSIT O   MR4878JPAY                      76.35                      99.90
12/18 FC02  DRAW-FAC 2      701749BFAC                                  69.90          30.00
      ACTIVITY FOR 2008
01/03 W502  POSTAGE CHARG   701838 LEG                                   1.99          28.01
01/11 D340  EFT DEPOSIT     MR5019JPAY                      30.00                      58.01
01/15 FR01  CANTEEN RETUR   701974                                       0.05-         58.06
01/15 FC02  DRAW-FAC 2      701991BFAC                                  58.06           0.00
01/25 D340  EFT DEPOSIT     MR5083JPAY                     100.00                     100.00


                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/20/05                    CASE NUMBER: H38410
COUNTY CODE: ALA                            FINE AMOUNT: $     200.00

    DATE      TRANS.   DESCRIPTION                TRANS. AMT.     BALANCE
    ----      ------   -----------                -----------     -------

  07/01/2007     BEGINNING BALANCE                                 134.00

  08/23/07    DR30     REST DED-CASH DEPOSIT        12.50-         121.50
  10/10/07    DR30     REST DED-CASH DEPOSIT        25.00-          96.50
  10/10/07    DR34     REST DED-EFT DEPOSIT         50.00-          46.50
  12/11/07    DR34     REST DED-EFT DEPOSIT         25.00-          21.50
```

resA, CALifornia 95671

RECEIVED
FEB 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To: Clerk of The United States
450 Golden Gate Avenue Box 36060
San Francisco, California 94102