FILED

FEB 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

(C.C.P. §2015.5; 28 U.S.C. §1745

CV 08 1149

MMC

(PR)

I, _Antione L. Bailey_, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

New Folsom State Prison B2-223
P.O. Box 290066
Represa CA 95671-0066

On, _February 14_, _2008_, I served the following documents:

_Writ of Habeas Corpus which is 7 pages (seven) in lenght pluse 1 (one) Proof of Service._ on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _____    2. _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _February_ day of _14_, _2008_, at California State Prison at Sacramento, Represa, California.

(Signature)_____

Declarant