FILED

3/20/08

08 APR 18 AM 11:09

DEAR M.R. WIEKING I truly Hope ALL IS WELL
FURTHERMORE I AM SORT OF UNABLE TO RETURN
THIS FORMA PAUPERIS APPLICATION IN BEFORE THE
28TH HOWEVER WITH A SHORT EXTENTION I'LL HAVE
IT IN VERY SOON I'M SENDING IT TO THE TRUST
OFFICE AFTER I WRITE THIS SHORT LETTER BUT
I don't Know How Long IT'LL BE BEFORE I
GET IT BACK PLEASE UNDERSTAND

                                    THANKS SIR

    SINCERELY AntIONE BAILEY

        C08-1149
             MMC

RECEIVED

MAR 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA