RECEIVED
JUL 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7/9/08

Dear mister wieking

I truly hope this short letter finds you and yours doing well spiritually mentally and physically

Furthermore I've turned in my writ of Habus corpus in march my number is CV 08 1149 MMC And I am trying to see what's going on Being that I have not heard any thing since then

Also If It's in any way in your control Can you pass the word that I'll take any deal that does not carry Life 7 years to Life is what I have Sir My Case was over Charged I am a Good person If possable Help me in any way you can.

OK sir thank you for your time please let me no what ever you can also can you let me no who's the prosecutor in my case

Very truly yours
M.R. A Bailey