IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIONE BAILEY,  )<br>          Petitioner,  )<br>    )<br>v.  )<br>    )<br>JAMES WALKER, Warden,  )<br>    )<br>          Respondent.  )<br>_____ ) | No. C 08-1149 MMC (PR)<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME**<br><br>**(Docket No. 11)** |

GOOD CAUSE APPEARING, respondent's motion for an extension of time to file a response to the petition is hereby GRANTED. Respondent shall file his response to the petition no later than April 21, 2009. Within **thirty** days of the date such response is filed, petitioner shall file with the Court and serve on respondent a responsive pleading thereto. If respondent files a motion to dismiss, respondent <u>shall</u> file a reply to petitioner's opposition within **fifteen** days of the date such opposition is filed.

This order terminates Docket No. 11.

IT IS SO ORDERED.

DATED: March 26, 2009

_____
MAXINE M. CHESNEY
United States District Judge