United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIONE BAILEY, | No. C 08-1149 MMC (PR) |
| Petitioner, | **ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE** |
| v. | |
| JAMES WALKER, Warden, | |
| Respondent. | **(Docket No. 20)** |

Good cause appearing, petitioner's request for an extension of time to file a traverse to the answer to the petition is hereby GRANTED. Petitioner shall file his traverse on or by **January 5, 2010**.

This order terminates Docket No. 20.

IT IS SO ORDERED.

DATED: October 30, 2009

_____
MAXINE M. CHESNEY
United States District Judge