IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIONE BAILEY, | No. C 08-1149 MMC (PR) |
| Petitioner, | **ORDER GRANTING PETITIONER'S THIRD REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE; DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL** |
| v. | |
| JAMES WALKER, Warden, | |
| Respondent. | **(Docket Nos. 21, 23)** |

Good cause appearing, petitioner's third request for an extension of time to file a traverse to the answer to the petition is hereby GRANTED. Petitioner shall file his traverse on or by **March 1, 2010**. As of that date, petitioner will have had approximately eleven months in which to file a traverse; accordingly, no further extensions will be granted absent a showing of exceptional circumstances.

Petitioner has filed a renewed motion for the appointment of counsel to assist him with the prosecution of the instant action. The motion is based on the same grounds raised by petitioner in his prior request for the appointment of counsel, which request was denied by the Court by order filed September 3, 2009. (Docket No. 19.) The Court finds petitioner has alleged no material change in circumstances such that the interests of justice require appointment of counsel in the instant case at this time. See 18 U.S.C. § 3006A(a)(2)(B). Accordingly, the request for appointment of counsel is hereby DENIED.

1 This order terminates Docket Nos. 21 and 23.
2 IT IS SO ORDERED.
3 DATED: January 13, 2010

_____
MAXINE M. CHESNEY
United States District Judge