**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIONE BAILEY, | ) No. C 08-1149 MMC (PR) |
| Petitioner, | ) **ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY; DIRECTIONS TO CLERK** |
| v. | |
| W.J. SULLIVAN, Warden, | |
| Respondent. | ) **(Docket No. 33)** |
| _____ | ) |

    Petitioner's request for a certificate of appealability is DENIED for the reasons stated at page 16 of the Order Denying Petition for Writ of Habeas Corpus.  (Docket No. 30.) The Clerk shall forward this order to the United States Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability.  See United States v. Asrar, 116 F.3d 1268, 1270 n.2 (9th Cir. 1997).

    This order terminates Docket No. 33.

    IT IS SO ORDERED.

DATED: June 5, 2012

_____
MAXINE M. CHESNEY
United States District Judge